

ENTERED
01/19/2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:

Jennifer Ann Traill    §    Case No.: 17-35919
                       §
                       §    Chapter 13
                       §
Debtor(s)              §

### ORDER GRANTING OBJECTION TO THE CLAIM OF UNITED CONSUMER FINANCIAL SERVICES
### (CLAIM NO. 2 PER PACER)

On this date came to be considered the *Objection to the* **CLAIM OF UNITED CONSUMER FINANCIAL SERVICES (CLAIM NO. 2 PER PACER)**, and it appearing to the Court that said claim should be disposed of as follows, it is therefore:

ORDERED that the Debtor(s) objection is hereby sustained.

ORDERED that the claim of **UNITED CONSUMER FINANCIAL SERVICES**, filed on, 11/22/2017, in the amount of $1,756.00 be reduced to $150.00 and all other claims are disallowed.

SIGNED this __18__ day of __Jan__, 20__18__.

_____
U.S. Bankruptcy Judge